**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Amanda Broussard

Appellate case number:    01-14-00346-CV

Trial court case number:  13-CCV-050828

Trial court:              County Court at Law No. 2 of Fort Bend County

On April 29, 2014, relator, Amanda Broussard, filed a petition for writ of mandamus. Subsequently, on April 30, 2014, relator filed a "Motion for Temporary Relief Under Tex. R. App. P. 52.10—Oral Haring Requested," requesting a "[s]tay of enforcement of any writ of possession issued in the trial court case by issuing a writ of injunction or prohibition, or other appropriate writ or order."

As relator states in her motion, on March 26, 2014, this Court previously ordered, in relator's direct appeal currently pending before this Court, appellate cause number 01-14-00214-CV, "[p]ursuant to Texas Rule of Appellate Procedure 24.4(c), . . . the execution of the writ of possession and execution of the judgment stayed" in the trial court. In relator's April 30, 2014 motion for temporary relief, relator fails to explain how a stay of the underlying proceedings, above and beyond what the Court has already ordered, is necessary. Relator's motion for temporary relief is **denied**.

Further, to the extent appellant requests the issuance of a writ of injunction or writ of prohibition, the Court will consider such requests only upon a properly filed petition for writ of injunction or writ of possession. *See* TEX. R. APP. P. 52 (original proceedings).

It is so ORDERED.


Judge's signature: /s/ <u>Laura C. Higley</u>
                     ☒ Acting individually      ☐ Acting for the Court


Date:  May 1,  2014